FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2022

No. 04-22-00648-CV

**IN THE INTEREST OF S.R.W.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01236
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant N.W.'s parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

The appellant N.W.'s brief was originally due to be filed on December 5, 2022. On December 5, 2022, appellant N.W. filed a motion for extension of time to file his brief. We GRANT the motion and ORDER that appellant N.W.'s brief must be filed no later than **December 12, 2022.** Given the time constraints governing the disposition of this appeal, <u>**no further requests for extensions of time will be allowed absent extenuating circumstances.**</u>

It is so **ORDERED** on December 8, 2022.

**PER CURIAM**

ATTESTED TO:
MICHAEL A. CRUZ,
CLERK OF COURT